IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| WALTER JAIRALA | ) | |
| --- | --- | --- |
| | ) | |
| V. | ) | 3-07-CV-562-K |
| | ) | |
| DALLAS COUNTY DIRECTOR, | ) | |
| et al., | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are **OVERRULED**, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed this 13th day of August, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE